**STATE of Missouri, Respondent,**

v.

**Jeffery J. BARMANN, Appellant.**

**No. WD 35961.**

Missouri Court of Appeals, Western District.

March 5, 1985.

Application to Transfer Denied May 29, 1985.

Mark V. Clark, Columbia, for appellant.

John Ashcroft and Thomas Carter, II, Jefferson City, for respondent.

Before CLARK, P.J., TURNAGE, C.J., and KENNEDY, J.

### ORDER

PER CURIAM.

Appeal from judgment of Circuit Court of Buchanan County of conviction of first-degree robbery, section 569.020, RSMo 1978, first-degree assault, section 565.050, RSMo 1978, and armed criminal action, section 571.015, RSMo 1978, and sentence of twenty years, life imprisonment, and twenty years, respectively, on each of the three counts.

Judgment affirmed. Rule 30.25(b)